# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EDWARD H. ARNOLD AND JEANNE D. ARNOLD | : No. 439 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| CHERNERY MANAGEMENT, INC.; ROY E. HAHN; LARRY J. AUSTIN; HARRIS MYCFO, INC.; PHIL GROVES; ART SHAW; FRANK TIRELLI; STARS HOLDING COMPANY, INC. F/K/A MYCFO, INC.; HOULIHAN CAPITAL, LLC; HOULIHAN CAPITAL HOLDINGS, INC. F/K/A HOULIHAN VALUATION ADVISORS, INC.; COGENT CAPITAL F/K/A HOULIHAN VALUATION ADVISORS, INC.; LEBOEUF LAMB GREENE & MACRAE LLP N/K/A DEWEY & LEBOEUF, LLP; GRAHAM R. TAYLOR; SIDLEY AUSTIN LLP; R.J. RUBLE; GRANT THORNTON LLP; HILLWOOD INVESTMENT FUND LLC; THOMSON INVESTMENT FUND LLC; AND EPPING INVESTMENT FUND LLC | : : : : : : : : : : : : : : : : : : : : : : |
| | : |
| | : |
| | : |
| PETITION OF: ART SHAW | : |
| | |
| EDWARD H. ARNOLD AND JEANNE D. ARNOLD | : No. 440 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| CHERNERY MANAGEMENT, INC.; ROY E. HAHN; LARRY J. AUSTIN; HARRIS MYCFO, INC.; PHIL GROVES; ART SHAW; FRANK TIRELLI; STARS HOLDING COMPANY, INC. F/K/A | : : : : : : |

MYCFO, INC.; HOULIHAN CAPITAL,   :
LLC; HOULIHAN CAPITAL HOLDINGS,  :
INC. F/K/A HOULIHAN VALUATION   :
ADVISORS, INC.; COGENT CAPITAL   :
F/K/A HOULIHAN VALUATION      :
ADVISORS, INC.; LEBOEUF LAMB    :
GREENE & MACRAE LLP N/K/A DEWEY :
& LEBOEUF, LLP; GRAHAM R. TAYLOR; :
SIDLEY AUSTIN LLP; R.J. RUBLE;     :
GRANT THORNTON LLP; HILLWOOD  :
INVESTMENT FUND LLC; THOMSON   :
INVESTMENT FUND LLC; AND EPPING  :
INVESTMENT FUND LLC            :
                                    :
                                    :
PETITION OF: ART SHAW         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.